IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SALAS, LEVI J. | ) | Case No. 10-60625 |
| SALAS, SARAH A. | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |

## MOTION TO PAY FUNDS TO COURT REGISTRY

Comes now the trustee and for his motion states to the Court as follows:

1.      The trustee has issued a check to US Department of Education for its distributive share of $61.07.  The US Department of Education returned the check stating that its balance had been paid in full.

2.      Distribution of the remaining $61.07 to the remaining claimants would be as follows:

| | | |
|---|---|---|
| 1. | American Infosource LP | $ 0.82 |
| 2. | Michael and Allison Miles | $54.10 |
| 3. | Asset Acceptance LLC | $ 0.51 |
| 4. | Asset Acceptance LLC | $ 0.16 |
| 5. | Central Trust Bank | $ 2.02 |
| 6. | Citicorp Trust Bank | $ 1.52 |
| 7. | PYOD LLC | $ 1.82 |
| 8. | Missouri Department of Revenue | $ 0.12 |

3.      The trustee proposes to distribute the $54.10 to Michael and Allison Miles.

4.      Given the seven remaining distributions are all under $2.05, the trustee requests those payments be made into the Court Registry.

WHEREFORE the trustee prays this Court enter its order granting him authority to pay into the Court Registry the total sum of $6.97 and to pay $54.10 to Michael and Allison Miles.

1

CHECKETT & PAULY, P.C.


/s/ Kevin Checkett
Kevin Checkett, #25838
517 S. Main Street
P.O. Box 409
Carthage, Missouri  64836
(417)358-4049 Telephone
(417)358-6341 Facsimile
ATTORNEY FOR TRUSTEE


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, and to **United States Trustee**, Room 3440, 400 E. 9th St., Kansas City, MO 64106 on the date entered on the court's docket.


/s/ Kevin Checkett
Attorney of Record